| | | |
|---|---|---|
| Defendant: | Schenker, Inc. | |
| Bankruptcy Case | In re Charming Charlie Holdings Inc., et al. | |
| Preference Period: | April 12, 2019 - July 11, 2019 | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Payment Number | Payment Amount | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510289947 | 3/19/19 | $1,372.97 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510289985 | 3/19/19 | $954.57 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510289951 | 3/19/19 | $702.40 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510289980 | 3/19/19 | $495.89 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510289944 | 3/19/19 | $443.77 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510289979 | 3/19/19 | $388.79 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510289978 | 3/19/19 | $272.50 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290007 | 3/20/19 | $1,732.73 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290012 | 3/20/19 | $1,288.87 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290011 | 3/20/19 | $981.13 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290015 | 3/20/19 | $900.43 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290009 | 3/20/19 | $498.18 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290014 | 3/20/19 | $388.81 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290006 | 3/20/19 | $365.10 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290010 | 3/20/19 | $313.77 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290008 | 3/20/19 | $268.48 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290013 | 3/20/19 | $241.69 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290071 | 3/21/19 | $4,309.94 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290070 | 3/21/19 | $3,402.45 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290088 | 3/21/19 | $2,856.21 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290087 | 3/21/19 | $2,685.36 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290074 | 3/21/19 | $1,817.97 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290080 | 3/21/19 | $928.45 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290078 | 3/21/19 | $819.52 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290077 | 3/21/19 | $622.33 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290076 | 3/21/19 | $364.39 |
| Charming Charlie LLC | Charming Charlie LLC | 875888 | $10,409.20 | 4/25/19 | 2510290086 | 3/21/19 | $314.97 |
| Charming Charlie LLC | Charming Charlie LLC | 875887 | $19,509.51 | 4/25/19 | 2510290073 | 3/21/19 | $187.04 |
| Charming Charlie LLC | Charming Charlie LLC | 876273 | $20,502.59 | 5/15/19 | 2510290079 | 3/21/19 | $1,487.05 |
| Charming Charlie LLC | Charming Charlie LLC | 876273 | $20,502.59 | 5/15/19 | 2510288583A | 4/10/19 | $9,904.63 |
| Charming Charlie LLC | Charming Charlie LLC | 876273 | $20,502.59 | 5/15/19 | 2510284646A | 4/10/19 | $6,900.19 |
| Charming Charlie LLC | Charming Charlie LLC | 876273 | $20,502.59 | 5/15/19 | 2510288580A | 4/10/19 | $1,238.51 |
| Charming Charlie LLC | Charming Charlie LLC | 876273 | $20,502.59 | 5/15/19 | 2510288581A | 4/10/19 | $495.23 |
| Charming Charlie LLC | Charming Charlie LLC | 876273 | $20,502.59 | 5/15/19 | 2510288582A | 4/10/19 | $242.00 |
| Charming Charlie LLC | Charming Charlie LLC | 876273 | $20,502.59 | 5/15/19 | 2510288355A | 4/10/19 | $234.98 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510290572 | 3/28/19 | $2,736.96 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510289954 | 4/19/19 | $2,137.79 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510289965 | 4/19/19 | $463.22 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510289943A | 4/22/19 | $15,536.16 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510290569A | 4/22/19 | $4,186.18 |

Schenker, Inc.

Bankruptcy Case: In re Charming Charlie Holdings Inc., et al.

July 9, 2021    P. 1

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Payment Number | Payment Amount | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510290579A | 4/22/19 | $1,921.03 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510290574A | 4/22/19 | $1,594.80 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510290079A | 4/22/19 | $1,487.05 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510290638A | 4/22/19 | $784.25 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510290575A | 4/22/19 | $326.55 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510289971A | 4/22/19 | $301.79 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510289969A | 4/22/19 | $221.52 |
| Charming Charlie LLC | Charming Charlie LLC | 876378 | $31,914.79 | 5/29/19 | 2510289970A | 4/22/19 | $217.49 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510290988 | 5/7/19 | $1,184.51 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510290982 | 5/7/19 | $488.31 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510290986 | 5/7/19 | $452.33 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510290987 | 5/7/19 | $276.65 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510290990 | 5/8/19 | $1,781.28 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291803 | 5/10/19 | $2,365.77 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510292116 | 5/10/19 | $2,363.75 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291839 | 5/10/19 | $1,942.48 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291811 | 5/10/19 | $1,933.10 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291810 | 5/10/19 | $1,650.99 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510292113 | 5/10/19 | $1,072.75 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510292115 | 5/10/19 | $881.99 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291845 | 5/10/19 | $816.68 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291801 | 5/10/19 | $800.40 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291843 | 5/10/19 | $703.53 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291841 | 5/10/19 | $698.37 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510291847 | 5/10/19 | $685.41 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291804 | 5/10/19 | $635.75 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291844 | 5/10/19 | $598.94 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510292112 | 5/10/19 | $475.97 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291842 | 5/10/19 | $420.96 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291840 | 5/10/19 | $413.75 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510292109 | 5/10/19 | $397.96 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291838 | 5/10/19 | $394.97 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291836 | 5/10/19 | $292.19 |
| Charming Charlie LLC | Charming Charlie LLC | 876489 | $18,139.01 | 6/19/19 | 2510291846 | 5/10/19 | $288.05 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510292110 | 5/10/19 | $220.04 |
| Charming Charlie LLC | Charming Charlie LLC | 876490 | $6,305.52 | 6/19/19 | 2510292111 | 5/10/19 | $207.65 |
| Charming Charlie LLC | Charming Charlie LLC | 876777 | $6,250.00 | 7/2/19 | 2030074164 | 6/20/19 | $6,250.00 |

Totals:     7 transfer(s),  $113,030.62

Schenker, Inc.

Bankruptcy Case: In re Charming Charlie Holdings Inc., et al.

July 9, 2021                                                                                                                                       P. 2